IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| Case number: | Name of case | New case number: |
|---|---|---|
| 8:09PO2 | United States v. Theodore McCauley | 8:09CR117 |
| 8:09PO3 | United States v. Thomas Snowball | 8:09CR118 |
| 8:09PO4 | United States v. Edgar Harlan | 8:09CR119 |
| 8:09PO5 | United States v. Alton Porter | 8:09CR120 |
| 8:09PO6 | United States v. Quentin Dick | 8:09CR121 |
| 8:09PO7 | United States v. Jeff Miller | 8:09CR122 |

REASSIGNMENT ORDER

It has come to this court's attention that the above cases were assigned in error to the Petty Offense Docket. Accordingly, the cases have been reassigned to the Criminal Docket and given new case numbers as indicated above. The cases are reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

SO ORDERED.

DATED this 2nd day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge