IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR120 |
| | ) | |
| vs. | ) | ORDER OF COURT TO DISMISS |
| | ) | WITHOUT PREJUDICE THE |
| ALTON PORTER, | ) | AMENDED INFORMATION |
| | ) | AGAINST ALTON PORTER |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Amended Information regarding Defendant, ALTON PORTER, pursuant to Motion of the United States (Filing No. 21).

DATED this 24th day of June, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge